UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN TORPEY,

                Petitioner,

  v.

DEAN MASON,

                Respondent.

No. C16-5771 RBL-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation [Dkt. #11].

(2)     The petition for writ of habeas corpus [Dkt. #1] is **DENIED** and **dismissed with prejudice.**

(3)     The issuance of a certificate of appealability is **DENIED.**

(4)     The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

**DATED** this 2nd day of February, 2017.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1